Federay District Beckley West Virginia

Wyyyidm Pmjgmse      CASE No. ? 5:22 cv-00117

Vs.

United States of America

2/24/22 B. 6      Petition under 28 U.S.C. §2241

Pro se'



FILED

MAR - 4 2022

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Ive Never committed a crime punishable of
12 mouths Incarsration

I Am Acually Innocent!?

I previously submitted to this Court 2 handwritten
documents filing for perminant law suite pertection
Against the B.O.P. for An on going pattern of extreamy
mistreatment, RAPE, long term Isolation And TOTURE!
Per The Prison Litigation Re form Act After first
exhausting Ayf Administrative remedies And sending
recipt Proof to the Ohio Supreme Court And my
district Court under 3:17 cv 187 WHR-1.

Per Solano-Rosales, 781 F.3d at 355 A defendant
" must have, And continue to have throughout the litigation

an Actual injury threaten to the government did to be Likley be redressed by a Faucrable Judicial decision! RAPE!

Today the Rape, And sexual, And mental Abuse continues. I've once Again Attempted to make another PREA complaint due to the fact the Abuse is ongoing and consistant. I was denyed my Right to make the complaint.

B.O.P. Has failed to Address this, Let alone stop it, Prevent it, or move me to Protect me from the on going Abuse. I Am currently Being retaliated aginst by B.O.P. for this suite, and making PREA complaints. B.O.P. HAS Also intentionally stalled my Transfer Paper work to keep me on Administrative Detention Status for "SAFTY ReAsons." I have Been "verfied" for over A month but my Paper work has not yet Been completed for transfer. My unit Manager keep's telling me he dosen't have control And he's "waiting for the warden to sighn." B.O.P. Is Applying known tactic's to slow this prossess to punish me Agian Longer for me excersising my Rights not to be hurased, Tortured, or Raped. The warden HAS Raped me. BOP Terre Haute Held me An extra 3½ months in SHU for A totle of 10 months pending transfer as retaliation. The Pattern Repeats here in Beckley. The SHU housing cell's Are fff fuff. If A serious incedent occor's on the compound They have no where to house inmates in the Amount of time I have been "verfied" P.G.C. | PreA, / Sucide watch, I should of been Already had my Paperwork complete and sent And designated, with the level of on going Abuse, And safty/Threts that have been confermed by S.I.S., I should have Already Been Transfered.

So Although I have done nothing wrong And B.O.P. Now has verified me And Admit's I should not have been In SHU for 10 months In Terre Haute. Im stiff made to stay in SHU being Punished Although they Admit I've done nothing wrong And my Pmossess for removal And Transfer is prolonged In retaliation for my suite And PREA complaints. They Are Abusing Policy And Authority And Sexually Abusing And Raping me while they delay my Pmossess.

Im requesting The court intervene, ourder my Release And equipt me with The Ability to Perfect my self And Place me in A P.C. Safty Bar until the completion of my case And Im fully released. Im requesting the court ourder this A.S.A.P. due to on going Rape And Abuse by B.O.P. Staff including the warden her self

Severly

Nick Prignore

I Should Be Released for Covid-19 Not Punished. Im negitave.

my family has contacted this court And B.O.P. Almost daily About this mistreatment The warden refuses to return their calls.

Case 5:22-cv-00117    Document 1    Filed 03/04/22    Page 4 of 4 PageID #: 4



William "Nick" Prigmore
#77153-061
Beckley F.C.I.
1600 Industrial Road
Bever, West Virginia
25813

Teddy May

Dayton
& Stroud

Clerk of Court
Beckley Federal District Court
110 N. Hebert St. Room 119
Beckley, West Virginia
25801

CHARLESTON WV 250

02 MAR 2022

25801-455244