Federay Distrect Beckley West virginid

Wyyyidm Poigmore                   CASE NO. ? 5:22 cv-00117

Vs.



United STATESof AmericA

2/24/22 B. 6                     Petition under 28 USC § 2241

Pro se'

        Ive Never committed a crime punishable of
                12 months Incarsration

    I Am Accually Innocent!?

    I previously submitted to this Court 2 hand written
documents Filing for perminant Law Suite pertection
Ayinst the B.O.P. For An on going Pattern of extreamy
mistreatment, RAPE, long term Isolation And TOTURE!
Per The Prison Litigation Reform Act After first
exhausting Ayf Administrative remedies And sending
recipt Proof to the ohio Supreme Court And my
district Court under 3:17 cr 187 WHR- 1.

    Per Solano-Rosales, 781 F.3d at 355 A defendant
" must have, And Continue to have throughout the litigation

an Actual injury traceable to the government did to be Likley be redressed by a Favorable judicialy decision! RAPE!

Today the Rape, and Sexual, and mental Abuse continues. I've once Again Attempted to make another PREA complaint due to the fact the Abuse is on going And consistant. I was denyed my Right to make the complaint.

B.O.P. Has failed to Address this, Let alone stop it, Prevent it, or move me to Protect me from the on going Abuse. I Am currently Being retaliated aginst by B.O.P. For this suite, And making PREA complaints. B.O.P. Has Also intentionally stalled my Transfer Paper work to keep me on Administrative Detention Status for "Safty Reasons." I have Been "verified" for over A month but my Paper work has not yet Been completed for Transfer. My unit Manager keep's telling me he dosen't have Cautrol And he's "waiting for the warden to sighn." B.O.P. is Applying known tactic's to slow this prossess to punish me Again Longer for me excersising my Rights not to be hurrased, Tortured, or Raped. The warden Has Raped me. BOP Terre Haute held me An extra 3½ months in SHU for A totle of 10 months Pending transfer As retaliation. The Pattern Repeats here in Beckley. The SHU housing cell's Are Aff fuly. If A serious Incedent occur's on the Compound They have no where to house inmates. In the Amount of time I have been "verified" P.C. | PREA, / Sucide watch, I should of Been Already had my PaperWork complete And sent And designated. with the level of on going Abuse, And safty/Threat's that have been confermed by S.I.S., I should have Already Been Transfered.

So Although I have done nothing wrong And B.O.P. Now has verified me And Admit's I should not have been In SHU for 10 months in Terre Haute. Im stiff made to stay in SHU being Punished Although they Admit I've done nothing wrong And my Pmpossess for removal And Transfer is prolonged in retaliation for my suite And PREA complaints. They Are Abusing Policy And Authority And Sexually Abusing And Raping me while they delay my Pmossess.

Im requesting The court interveen, ourder my Release And equipt me with The Ability to Perfect my self And Place me in A P.C. safty BAR until the completion of my CASE And Im fully released. Im requesting the court ourder this A.S.A.P. due to on going RAPE And Abuse by B.O.P. STAFF including the warden her self

Severly

Nick Prignano

I Should Be Released for Covid-19 Not Punished. Im Negitane.

my family has contacted this court And B.O.P. Almost dailyAbout this mistreatment The warden refuses & return their calls.



William "Nick" Prigmore
#77153-061
Beckley F.C.I.
1600 Industrial Road
Bever, West Virginia
25813

Clerk of Court
Beckley Federal District Court
110 N. Hebert St. Room 119
Beckley, West Virginia
25801

CHARLESTON WV 250

02 MAR 2022

25801-455244