FILED

APR - 6 2022

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

*Attachment A - <u>Bivens</u> Complaint form*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Wiyyiam Nicholas Pajigmore                    #77153-061

_____    _____

_____    _____

_____    _____

*(Enter above the full name of the plaintiff*        *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action)*

v.                                    CIVIL ACTION NO. 5:22-cv-00117

Katina Heckard                    *(Number to be assigned by Court)*

Warden of Beckley F.C.I. And Multiple Unknown Agents of B.O.P.

_____

_____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

Defendant(s).

## COMPLAINT

I.    **Parties**

A.    Name of Plaintiff:    Wiyyiam Nick Pajigmore

Inmate No.:    # 77153-061

Address:    1600 Industrial Road

Beaver, West Virginia 25813

B.   Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff:   _____

Inmate No.:   _____

Address:   _____

_____

Name of Plaintiff:   _____

Inmate No.:   _____

Address:   _____

_____

C.   Name of Defendant:   Katina Heckard

Position:   Warden

Place of Employment:   Bureau of Prisons

_____

D.   Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant:   Unknown Agents

Position:   Unknown

Place of Employment:   Bureau of Prisons

_____

Name of Defendant:   _____

Position:   _____

Place of Employment:   _____

_____

✳ The Agents Are unknown Due to BlackOuts of my memorie And the fact I'm on SHU Isolation. I have NO Access to their government NAMes. Bivens was Also Aginst "unknown" Agents of the government.

II.    **Place of Present Confinement**

Name of Prison/Institution: Beckley F.C.I. / B.O.P.

A.    Is this where the events concerning your complaint took place?

Yes _X_            No _____

If you answered "no," where did the events occur? _____

_____

B.    Is there a prisoner grievance procedure in this institution?

Yes _X_            No _____

C.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes _X_            No _____

If you answered "no," explain why not: _____

_____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): They never responded, or informed me of the result. I sent the recipts of proof to my District Court And To The Ohio Supreme Court. This problem is on going in B.o.P. / court custdy.

III.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____            No _X_

B.    If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.    Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

3

2.      Court (if federal court, name the district; if state court, name the county);

_____

3.      Docket Number: _____

4.      Name of judge to whom case was assigned: _____

5.      Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6.      Approximate date of filing lawsuit: _____

7.      Approximate date of disposition: _____

## IV.    Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

This is an ongoing pattern at every federal/BOP holding spot I am sent to. The warden and multiple unknown Agents of B.O.P. have violated my Constitutional Rights by forcing me back into long term Isolation like they do at every B.O.P. Im sent. I have no violance or sex crimes on my record. The warden has instructed staff to hurass me and constiantly punish me while on isolation. The warden has personaly raped me multiple times with other staff members, And Allowed other staff members to rape me, Punish me And hold me in isolation while my thoughts are washed and Im Abused And Tortured. The warden, And multiple unknown Agents of B.O.P. have violated my Constitutional Rights by holding me in involentary Servatude And raping me on Isolation while innocent. I have Never commited A crime Punishable of 13 months. The warden And B.O.P. staff have Tortured me And exposed me to crule And unusual Punishment. I was born in the U.S.A. I have A Constitutional Right to be treated Humainly. I am innocent And Being isolated, Punished And Raped. Other reasons I have Previously submitted in filings in this case # Including denial of human Rights And using my government cooperation As a form of Punishment. my restraint By the warden And B.O.P. Abuse with my treatment while restrained Are unconstitutional. And 8th Amendment violation

## V.    Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments.
Cite no cases or statutes.

I want Immeatly released w/ the ability to Protect my self And fuff immunity so I can never be housed in B.OP. Again. And have privlage detention Conditions In the Community until full release is granted. And Placed on P.C. in the Community until full release.

Signed this 29th day of MARCH , 20 22 .

Raleigh Co.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Patrick Wright
FCI Beckley
1600 Industrial Park Road
Beaver WV 25813
My Commission Expires March 30, 2026

Patrick C Wright    3-29-22

_____
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  3/29/22  BeCo  .
            (Date)

_____
Signature of Plaintiff

5

IV. Statement of Claim Attachment (seprate paper)

Omar J. Abulhosn,

"The only way to change the world is murder, And TOTURE."

— Dayton King   3:17 cr 187 WTHR-I district
                    supression hearing 7/23/20 B.C.

Pro se,
    The most important issues I want to stress to the court Are: I Am Innocent, I have Never committed a crime punishable of 12 months, And Its been to much for to long. The Abuse, Rape, long Term Isolation And Toture continues Today.
    The court should take any claim of innocence And Rape plus Toture Extreamly seriously regardless if an Attorney filed or it simply recived a letter. B.O.P. complyed And did notize And fizzed out the forms. But for this court to move to dismiss or not Accept the forms Because B.O.P. who Im currently A victom to And Traped in their cell in long term Isolation, is to say "if the victomizers do not pleed guilty or admit to your claim And aligations your case will not be hurd." I have no control over Any one else's Actions And can not protect my self from them. Their mistreatment of me is the reason Im filing suite. The court must not allow them to play games And

Side step their clear mistreatment of me And multiple inmates by simply refusing to Adhear to their own policy's As they do with food And mistreatment of us

Katina Heckard And multiple B.O.P. staff (that Are unknown to me because of their extensive mistreatment, Not being Able to "see", And Black outs) Are still today Violating my constitutional Rights by the illegal commitment And detention, the unlawful and incorrect computation of my sentence And my restraint by them is unconstitutional due to the fact Iue never committed A crime or feloney. The Execution of the sentence is unconstitutional.

Ever since, or for the majority of the Time B.O.P. issued me the number #77153-061 Iue been held in long term ~~soldier~~ Isolation 24 hours a DAY, 7 days A week under cruke And unusual And Inhumain detention conditions And Almost daily Been Raped. I have no violence or sex crimes At All even Alledged let Alone convicted on my Record! This long term Isolation And mistreatment is Their for compleatly unconstitutinal. This has been An on going problem. I file this because I must file in my distrect of continment After I first Exhaust All B.O.P. remedies. witch I have done while in Terre Haute IndianA. The Abuse is on going today

And This warden has personally pertisipated in Raping me with other B.O.P. staff members under her command And Allowed other staff members under her command to Rape me. Aginst my constitutinal Rights.

I have filed 3 PREA complaints since Ive been in Beckley Aginst the warden And B.O.P. staff. I reported Also to SIS/SIA that my life was in danger And A simple review of my name from An inmate law computer search confirms I was A confidentAl Informant for the D.E.A.. My claims were vertied in JANUARy. The warden is intentally Slowing And stalling my Transfer As retaliation for my complaints on her, witch hold's me in Beckley in Isolation longer Being Abused At her command. Medical, SIS, SIA, And PSYcology have afy written reports About my siss Issues And to date nothing has changed. This morning I woke up to my Penis sore As if I had ejaculated mulitpule times in my sleep but saw no seamen. My floor was covered in water from the leak in my tolit leaking, And unknown foot prints in my cell. I had just woke up from A night mare And my thoughts began to wash About weather or not I will be killed, go home todAy, or ever get out of Hell even tho Im Innocent. Im extreAmly depressed, Anxicus And

paranoid. This mistreatment with laying in bed for hours, then extream pacing, head akes, toothakes, denyall of showers and hyguen, irratic sleeping, eating and frustration/hate is daily and consistant for the entire time Ive been in B.O.P. Added in is staff hurassment and disrespect. Multiple C.O.'s have called me a "bitch" (billy) "soft" "pussy" "A V in; "scared" told me "shut the fuck up" and "stop switching". (C/O Johnson) C.O. o'conner took my phone numbers and addresses to cut off my communication with the out side world. They have been feeding us twice a day for a month at the same time and refused to let us goto commisary for stamps, hyguen, even over the cawnter med's or food for over a month. Every celly Ive had propisieved me for sex. I declined I'm <u>not gay</u>! They took me off of sucide watch even though I told them I was still sucidal (carson Dr. carter), my current cell mate dosent even speak english.

The amaunt of time Ive endured this treatment in unvolantary seruatude w/o commiting a criminal act is unconstitutional in it self. The amaunt of mistreatment, the amaunt of time its gone on, and the rape make's it <u>toture</u>!

Gown-Ton-A-moe BAY WAS built off of U.S. soil Because the level of Abuse And mistreatment including RAPe that tAkes PlAce IS in violation of the Constitution, LAws And treaties of the United States. Im being treated worse than some of the prisoners held Their, And At The Direction of the WArden And unknown B.O,P staff The Abuse continues todAy. And she (wArden) is intentionally keeping me here. The to cuclation of my points And security level is incorrect! No violAnce, no sex on my record!

    Sincerely

        Nick Phigmore



William Pettigrew #71153-061
Beckley FCI
1600 Industrial Park Road
Beaver WV 25813

Clerk 5:22-W-00117
United States District Court
West Virginia, Division; Beckley
110 North Heber Street, Rm 119
Beckley, WV 25801

Legal Mail

APR 5 2022
CHARLESTON

129

Dayton # 1 Stephens
# 1